IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**CLINTON L. MASSEY,**

    Plaintiff,

v.

**FIRST STUDENT, INC., et al.,**

    Defendants.

No. 3:21-cv-03193-CRL-KLM

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Clinton L. Massey ("Plaintiff") and Defendants First Student, Inc., and Josh Goossen (collectively "Defendants"), by and through their undersigned counsel, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, herein stipulate that this matter and all claims asserted are dismissed with prejudice, with each party to bear their own respective attorneys' fees and Court costs.

Dated: January ___, 2024

Respectfully submitted,

*/s/Samuel J. Cahnman*
Samuel J. Cahnman, Bar No. 3121596
samcahnman@yahoo.com
915 S. 2nd St.
Springfield, IL 62704
Telephone: 217.528.0200
Cell Phone: 217.691.6207

*Attorney for Plaintiff*

Respectfully submitted,

*/s/ Lillian T. Manning*
Jennifer Chierek Znosko, Bar No. 6284732
jznosko@littler.com
Lillian T. Manning, Bar No. 6322842
lmanning@littler.com
Littler Mendelson, P.C.
600 Washington Avenue
Suite 900
St. Louis, MO 63101
Telephone: 314.659.2000
Facsimile: 314.754.9504

*Attorneys for Defendants First Student, Inc., and Josh Goossen*

4866-9255-8494.1 / 070991-1191

2

## CERTIFICATION OF SERVICE

I hereby certify that on January 18, 2024 I electronically filed the foregoing with the Clerk of the Court using the CMECF system, which will send notification of such filing to the following:'

Jennifer Chiereki Znosko
jznosko@littler.com

Lillian Manning
Lmanning@littler.com

Littlter Mendelson, P.C.
600 Washington Ave. Suite 900
St. Louis, MO 63101

*/s/Samuel J. Cahnman*
Attorney at Law